AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

United States District Court
Southern District of Texas
FILED

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

JAN 0 2 2008

UNITED STATES OF AMERICA

V.

Johnny RAZO

**CRIMINAL COMPLAINT**

Michael N. Milby
Clerk of Court

CASE NUMBER: B-08-14 mJ

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about _____ January 1, 2008 _____ in ____ Cameron ____ county, in the ____ Southern ____ District of ____ Texas ____ defendant did,

knowingly and intentionally possess with intent to distribute approximately 10.3 kilograms of cocaine, and ersons known and unknown did knowingly and intentionally enter into an agreement to possess with the intent to distribute approximately 10.3 kilograms of cocaine, which is a schedule II controlled substance

in violation of Title ____ 21 ____ United States Code, Section(s) ____ 841 & 846 ____

I further state that I am a(n) **U.S. Immigration & Customs Enforcement Special Agent** and that this complaint is based on the

following facts: On January 1, 2008, at approximately 10:30 p.m., Johnny RAZO entered the United States from Mexico at the B&M International Bridge, Brownsville, Texas. RAZO was driving a 1994 Ford Explorer and was referred to the secondary inspection area. In the secondary inspection area, a search of the Explorer by U.S. Customs & Border Protection Officers resulted in the discovery of 10.3 kilograms of cocaine.

Continued on the attached sheet and made a part of hereof: ☐ Yes ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

January 2, 2008
Date

at   Brownsville, Texas
City and State

John Wm. Black, U.S. Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer